1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant U.S. Attorney
3  MEGAN A. S. RICHARDS
   Special Assistant U.S. Attorney
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  Telephone (559) 497-4000

6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
    UNITED STATES OF AMERICA,      )   CASE NO.: 1:12-cr-00137
11                                  )
                  Plaintiff,        )
12                                  )
    v.                              )   MOTION AND ORDER FOR DISMISSAL
13                                  )
    JAMES D. BARNETT,               )
14                                  )
                  Defendant.        )
15                                  )
                                    )
16

17      The United States of America, by and through Benjamin B. Wagner,

18 United States Attorney, and Megan A. S. Richards, Special Assistant

19 United States Attorney, hereby moves to dismiss the Information filed

20 on May 10, 2012, against James D. Barnett, in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal

22 Procedure.

23 Dated: May 23, 2012                    BENJAMIN B. WAGNER
                                          United States Attorney
24

25
                                   By : /s/ Megan A. S. Richards
26                                      MEGAN A. S. RICHARDS
                                        Special Assistant U.S. Attorney
27

28

O R D E R

IT IS HEREBY ORDERED that the Information filed on May 10, 2012, against, against James D. Barnett, be dismissed in the interest of justice.

**Dated: May 24, 2012**          **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE